Argued July 14, decided July 22, 1913.

## STATE *v.* SEYMOUR.

(134 Pac. 7.)

From Jackson: Frank M. Calkins, Judge.

The defendant, Frank Seymour, was convicted of murder in the first degree and he appeals.

AFFIRMED.

For appellant there was a brief and an oral argument by *Mr. B. R. McCabe.*

For the state there was a brief over the names of *Mr. Andrew M. Crawford,* Attorney General, and *Mr. E. E. Kelley,* District Attorney, with an oral argument by Mr. Crawford.

Mr. Justice McNary delivered the opinion of the court.

The assignments of error upon which defendant relies for a reversal of the judgment of conviction are identical with those presented by his codefendant, Mike Spanos. The legal questions involved are the selfsame with those of *State* v. *Mike Spanos, ante,* p. 118 (134 Pac. 6), in which an opinion has just been rendered.

For the reasons indicated in that case, the judgment of conviction of this defendant is affirmed.

AFFIRMED.

Mr. Chief Justice McBride, Mr. Justice Bean and Mr. Justice Eakin concur.